W

Order Form (01/2005)

# United States District Court, Northern District of Illinois

MAGISTRATE JUDGE SCHENKIER

| Name of Assigned Judge or Magistrate Judge | JUDGE NORGLE | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 15 GJ 391 | DATE | 09 AUGUST 2018 |
| CASE TITLE | U.S. v. FARESS MUHAMMAD SHRAITEH | 18CR 490 | |

DOCKET ENTRY TEXT

**Grand Jury Proceeding**

The Grand Jury for SPECIAL DECEMBER 2017 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge Maria Valdez

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

FILED

AUG 09 2018 KC

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

SIGNATURE OF JUDGE ______________________ (ONLY IF FILED
or MAGISTRATE JUDGE UNDER SEAL)

Courtroom Deputy Initials: